**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERTA L. CALVERT                                                                    PLAINTIFF

v.                                          No. 4:15CV00215 JLH

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## <u>ORDER</u>

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray, as well as the timely objections of the plaintiff, Roberta Calvert. After a *de novo* review of the record, the Court adopts the proposed findings and recommended disposition submitted by Judge Ray.  Calvert complains that the administrative law judge did not cite *Polaski v. Heckler*, 751 F.2d 943 (8th Cir. 1984), and did not discuss the *Polaski* factors in discounting her credibility.  The administrative law judge did not cite *Polaski*, but he did cite the regulations that parallel *Polaski*.  SSA Record at 14 ("I have considered all symptoms and the extent to which these symptoms can reasonably be accepted as consistent with the objective medical evidence and other evidence, based on the requirements of 20 CFR 404.1529 and 416.929 and SSRs 96-4p and 96-7p.").  Although the administrative law judge did not include in his opinion a separate section devoted specifically to these factors, it is clear from the opinion as a whole that the administrative law judge considered the relevant factors and discussed them in detail during the course of the opinion.  Furthermore, the record as a whole supports the administrative law judge's conclusion that the severity of symptoms and limitations alleged by Calvert are not consistent with the objective medical evidence.  The decision of the Commissioner of the Social Security Administration to deny disability benefits to Roberta L. Calvert is affirmed.  The complaint of Roberta L. Calvert is dismissed with prejudice.

IT IS SO ORDERED this 25th day of May, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE