**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROBERTA L. CALVERT                                                                    PLAINTIFF

v.                                            No. 4:15CV00215 JLH

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                       DEFENDANT

## <u>JUDGMENT</u>

Pursuant to the Order entered separately today, the decision of the Commissioner of the

Social Security Administration to deny disability benefits to Roberta L. Calvert is affirmed.  The

complaint of Roberta L. Calvert is dismissed with prejudice.

IT IS SO ORDERED this 25th day of May, 2016.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE